PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH L. STACHEL
Regional Chief Counsel, Region IX
SATHYA OUM
Special Assistant U.S. Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4846
    Facsimile: (415) 744-0134
    Email: Sathya.Oum@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| GARY RAYMOND SWINHART,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI[1], Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 2:20-cv-1955-KJM-CKD<br><br>**STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT; ORDER** |

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of $ 1,531.80, plus $225.00 in costs, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel, Ashish A. Agrawal.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Counsel including Counsel's firm may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Counsel and/or Counsel's firm to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: September 19, 2021 | | /s/ *Ashish A. Agrawal* |
| | | ASHISH A. AGRAWAL |
| | | Attorney for Plaintiff |
| | | (authorized by email on September 19, 2021) |
| Dated: September 19, 2021 | | PHILLIP A. TALBERT |
| | | Acting United States Attorney |
| | | DEBORAH LEE STACHEL |
| | | Regional Chief Counsel, Region IX |
| | | Social Security Administration |
| | By: | *Sathya Oum* |
| | | SATHYA OUM |
| | | Special Assistant U.S. Attorney |
| | | Attorneys for Defendant |

**ORDER**

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that:

1. Plaintiff's motion for attorney's fees (ECF No. 18) is denied as moot; and

2. Costs in the amount of $225.00 and fees in the amount of $1,531.80 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

Dated:  September 21, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE